RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:  rroskelley@littler.com

SANDRA KETNER, ESQ., Bar #8527
LITTLER MENDELSON, P.C.
200 S. Virginia Avenue
8th Floor
Reno, NV 89501-1944
Telephone:    775.348.4888
Fax No.:       775.562.8110
Email:  sketner@littler.com

Attorneys for Defendant
NORTHROP GRUMMAN
SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH GANT, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>　　　　Defendant. | Case No. 2:19-cv-00816-RFB-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING; ORDER** |

　　　　Pursuant to Local Rules 6-1 and 7-1, Kenneth Gant ("Plaintiff") and Defendant Northrop Grumman Systems Corporation ("Defendant"), by and through their counsel of record, do hereby stipulate and agree to an extension of three (3) weeks to the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint and Jury Demand.  Defendant's first responsive pleading is currently due on June 5, 2019, and the parties agree to an extension up to and including June 26, 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This Stipulation is made in good faith and not for purposes of delay. There is no trial date set in this matter.

Dated: June 4, 2019

Respectfully submitted,

*/s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorney for Plaintiff
KENNETH GANT

Dated: June 4, 2019

Respectfully submitted,

*/s/ Sandra Ketner*
RICK D. ROSKELLEY, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORPORATION

## **ORDER**

IT IS SO ORDERED.

Dated this __5th__ day of __June__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:164665507.1 080019.1061

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.