RICK D. ROSKELLEY, ESQ., Bar # 3192
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rroskelley@littler.com

SANDRA KETNER, ESQ., Bar #8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501-1944
Telephone: 775.348.4888
Fax No.: 775.562.8110
Email: sketner@littler.com

Attorneys for Defendant
NORTHROP GRUMMAN
SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH GANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No. 2:19-cv-00816-RFB-GWF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: July 17, 2019                                    Dated: July 17, 2019


/s/ Jenny L. Foley                                      /s/ Sandra Ketner
JENNY L. FOLEY, Ph.D., ESQ.                             RICK D. ROSKELLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                            SANDRA KETNER, ESQ.
                                                        LITTLER MENDELSON, P.C.
Attorney for Plaintiff
KENNETH GANT                                            Attorneys for Defendant
                                                        NORTHROP GRUMMAN SYSTEMS
                                                        CORPORATION

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of July, 2019.

FIRMWIDE:165531106.1 080019.1061

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800